IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOE 1, <br><br> Defendant. | Case No.: 1:16-cv-4208-ELR |

### ORDER EXTENDING TIME FOR PLAINTIFF

### TO SERVE DEFENDANT

Plaintiff, ME2 Productions, Inc., has, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6(b), filed a Motion to Extend Time to Serve Defendant. Upon review of the Motion, it appears that the time for Plaintiff to serve Defendant has not expired and Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the Motion to Extend Time to Serve Defendant is granted and that Plaintiff is granted an additional period of time, to and including May 1, 2017, to serve Defendant, pursuant to FED.R.CIV.P. 4.

**SO ORDERED**, this 14th day of February, 2017.

Eleanor L. Ross
United States District Judge
Northern District of Georgia